UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | File No. C 04-1033 SC |
| | ) | |
| COOPER & SCULLY, P.C., | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

Plaintiff, COMMUNITIES FOR A BETTER ENVIRONMENT, and Defendant, COOPER & SCULLY, P.C., move the court to dismiss this action with prejudice on the grounds that all matters in controversy between the parties have been fully compromised and settled. The parties agree that costs will be paid by the party incurring same.

Respectfully submitted,

Howard Rice Nemerovski Canady Falk &
Rabkin, A Professional Corp.
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024

George Bramblett
Haynes & Boone, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789

By *George Bramblett /aw/*
    George W. Bramblett

**ATTORNEYS FOR DEFENDANT**

Respectfully submitted,

Mary E. Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104

Legal Services, P.C.
Robert M. Greenberg, Attorney
524 E. Lamar Blvd., Suite 101
Arlington, Texas 76011

Robert E. Motsenbocker
Shafer Davis O'Leary & Stoker,
700 North Grant Street, Suite 201
Odessa, TX 79760-1552

By *Robert M Greenberg*
    Robert M. Greenberg

**ATTORNEYS FOR PLAINTIFF**



IT IS SO ORDERED
Judge Samuel Conti
5/8/06
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to the within entitled action. I am employed at Mary Alexander & Associates, P.C., 44 Montgomery Street, Suite 1303, San Francisco, California 94104.

On May 8, 2006, I caused to be served the within **MOTION TO DISMISS** on the following persons:

| | |
|---|---|
| Daniel B. Asimow<br>Howard Rice Memerovski Canady Falk & Rabkin<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Phone: (415) 434-1600 | George W. Bramblett<br>Lawrence A. Gaydos<br>Haynes & Boone, LLP<br>901 Main Street, Suite 3100<br>Dallas, Texas 75202<br>Phone: (214) 651-5000 |
| Legal Services P.C.<br>Robert M. Greenberg (SBN: 08389000)<br>524 E. Lamar Blvd., Suite 101<br>Arlington, Texas 76011<br>Phone: (817) 261-4000 | Shafer, Davis, Ashley, O'Leary & Stoker, P.C.<br>Robert E. Motsenbocker (TX SBN: 14596-400)<br>700 North Grant Street, Sutie 201<br>Odessa, TX 79760-1552<br>Phone (432) 332-0893 |

[X]   BY MAIL: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City and County of San Francisco, California.

[ ]   BY PERSONAL SERVICE: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ]   BY FEDERAL EXPRESS: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I used such envelope(s) to be delivered to Federal Express overnight courier service to the office(s) of the addressee(s).

[ ]   BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the address(s).

///

///

- 1 -

CERTIFICATE OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 8, 2006, at San
2  Francisco, California.

*Leah J. Duckworth*
LEAH J. DUCKWORTH

- 1 -

CERTIFICATE OF SERVICE